MARIANN MCL. SEYMOUR, Appellant, v. HENRY J. JAVOR, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of HERMAN SMITH, Individually and on Behalf of Tenants Similarly Situated, Appellant, against JOSEPH D. MCGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

AGNES JOYCE, Respondent, v. JOSMAN REALTY CORP., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

WILLIAM MINTZ, Respondent, v. HAROLD A. WEISSMAN, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the discovery and inspection to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

MARATHON PICTURES CORPORATION, Appellant, v. PRC PICTURES, INC., Defendant, and EAGLE LION FILMS, INC., et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

RUTH SIEGEL, Respondent, v. SAMUEL W. SIEGEL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

DELLA GRATTAN et al., Individually and as Copartners Doing Business under the Name of D. M. GRATTAN Co., Respondents, v. AMITY SILK CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

In the Matter of the Arbitration between FRANC, STROHMENGER & COWAN CO., INC., Appellant, and DESIGNS BY STANLEY, INC., Respondent. In the Matter of the Arbitration between ALEX H. GELLES CORP., Appellant, and DESIGNS BY STANLEY, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.